# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Amy LaCroix<br><br>Plaintiff,<br><br>v.<br><br>Enhanced Recovery Company, LLC<br><br>Defendant. | Case No. 1:12-cv-00506-JTN<br><br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.


RESPECTFULLY SUBMITTED,

Macey Bankruptcy Law, P.C.

By:  /s/ Nicholas J. Prola
    Nicholas J. Prola
    233 S. Wacker
    Sears Tower, Suite 5150
    Chicago, IL 60606
    Telephone:  866-339-1156
    Email:  nprola@maceybankruptcylaw.com
    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

  I hereby certify that on September 5, 2012, I electronically filed the foregoing Notice.

Service of this filing was made by placing a copy of the same in the U.S. Mail on September 5, 2012, addressed to the following:

Enhanced Recovery Company, LLC
8014 Bayberry Rd.
Jacksonville, FL 32256

                /s/ Nicholas J. Prola